PD-0413-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/13/2015 8:47:05 PM
Accepted 4/15/2015 5:13:26 PM
ABEL ACOSTA
CLERK

No. _____

In the
Court of Criminal Appeals
At Austin

———————◆———————

FILED IN
COURT OF CRIMINAL APPEALS

April 15, 2015

ABEL ACOSTA, CLERK

### No. 01-14-00165-CR

In the
Court of Appeals
for the
First District of Texas
at Houston

————◆————

### No. 1344756

In the 338th District Court
Harris County, Texas

————◆————

## LOUIS MARKEITH WILLAIMS

*Appellant*

V.

## THE STATE OF TEXAS

*Appellee*

————◆————

## APPELLANT'S MOTION FOR EXTENSION OF TIME
## WITHIN WHICH TO FILE
## PETITION FOR DISCRETIONARY REVIEW

————◆————

**TO THE HONORABLE COURT OF APPEALS:**

APPELLANT, pursuant to TEX. R. APP. P. 68.2(c) moves for an extension of time within which to file its petition for discretionary review. In support of its motion, appellant submits the following:

1.     Appellant was charged with the felony offense of theft.

2.      A jury convicted appellant of the charged offense and sentenced him to 32 years confinement in the Institutional Division of the Texas Department of Criminal Justice on February 5, 2014.

3.      A unanimous panel of the First Court of Appeals rendered judgment in an unpublished opinion on March 12, 2015, affirming appellant's conviction and sentence.

5.      Appellant's petition for discretionary review is due April 13, 2015.

6.      Appellant seeks an extension, in accordance with TEX. R. APP. P. 68.2(c), until May 13, 2015, to file its petition for discretionary review.  This is appellant's first request for an extension.

9.      The following facts are relied upon to show good cause for the requested extension:

   a.   Counsel has been working on the appellate briefs in *Dorsey v. State,* No. 01-14-00685-CR., *Hayes v. State*, 04-14-00878-CR. and 04-14-00879-CR., and *Ross v. State*, 01-14-00902-CR.

   b.   Counsel has filed a writ of certiorari in the United States Supreme Court in *Masterson v. Stephens.*

   c.   Appellant's petition is not for purposes of delay, but so that justice may be done.

WHEREFORE, the Appellant prays that this Court will grant the requested extension until May 13, 2015.

Respectfully submitted,

**/s/MANDY MILLER**
 Attorney for appellant
2910 Commercial Center Blvd., Ste. 103-201
Katy, TX 77494
SBN 24055561
PHONE (832) 900-9884
FAX (877) 904-6846
mandy@mandymillerlegal.com

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that on April 13, 2015, a copy of the foregoing was delivered to the following addresses:

Alan Curry
Harris County District Attorney's Office
Curry_Alan@dao.hctx.net

Lisa McMinn
State Prosecuting Attorney
lisa.mcminn@spa.state.tx.us

/S/MANDY MILLER